9589 0710 5270 1895 3923 21

United States District Court For The

Southern District of Indiana

Indianapolis Division

Michael DeShawn Barnes,

        Plaintiff,

        v.

David Yohe, et al.,

        Defendants.

_____/

1:24-cv-01828-JRS-TAB

Case No. 1:24-Cv-0182-JRS-TAB

## MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS ON THE MERITS IN CIVIL ACTION

Comes Now, Michael D. Barnes, Pro Se Plaintiff, pursuant to the above captioned, and moves this hon. district court for summary judgment on the merits against the defendants in this civil action.

### BACKGROUND

1. On March 18, 2026, Plaintiff moved the defendants with Notice of Settlement Agreement Demand per court February 17, 2026 Scheduling Order limited 30 day deadline to respond.

2. On April 7, 2026, Mathew M. Rayman appeared on behalf of defendants: Donovan Hankins and David Yohe, apon withdrawal of Brian Coppinger.

1.

3. On April 21, 2026, Caitlin Wilkinson withdraw as counsel for the defendants David Yohe and Donovan Hankins. Mathew M. Rayman continues to represent defendants.

4. On April 27, 2026, this court denied Plaintiff's Motion for assistance with recruiting counsel without prejudice.

## NOTICE OF SETTLEMENT DEMAND TO DEFENDANTS
### IN CIVIL ACTION

DEMAND FOR DAMAGES:

Plaintiff has suffered life threatening injuries and damages. He is suffering permanent damages for the duration of his life due to excessive use of force in violation of his 4th Amendment right to the Constitution.

1. Plaintiff Michael D. Barnes demands from each defendant a total sum of $10,000,000.00 dollars for compensatory damages mental, emotional and psychological pain and suffering of that amount;

2. Plaintiff Michael D. Barnes demands from each defendant a total sum of $5,000,000.00 dollars for the breach of public trust and confidence, state regulations and policies while acting under the color of law, and breach of constitutional duty to protect and secure citizens from harm or danger.

3. Plaintiff Michael D. Barnes demands from each defendant a total sum of $5,000,000.00 dollars in and for general and future damages unforeseen due to injuries suffered from gun shot wounds to the body resulting in internal injuries. The monetary amounts above are not excessive due to the

2.

damages plaintiff has endured, due to excessive use of force causing the punctured lungs, injured groin, broken left/right foot etc. See Michael D. Barnes #58308-510 plea of guilty and agreement with the United States admiting on page 10 Paragraph c. that defendants shot plaintiff multiple times. Case No. 1:23-Cr-00061-SEB-TAB Document 35 filed April 16, 2025 in the United States District Court For The Southern District of Indiana, Indianapolis Division.

However, without further litigation, Plaintiff is willing and will agree to finalize this action in the total sum of $5,000,000.00 dollars amount total without trial by jury or further public exposure. The money will be distributed and placed into a trust account by Plaintiff, who shall be the sole trustee and beneficiary. He shall chuse co-trustee and co-beneficiary as is his pleasure as a final resolution of this case.

Defendants has 30 days from the date of receipt of this Notice of demand for settlement to agree or disagree to the terms and conditions to avoid motion for summary judgment as a matter of law. Fed. R. Civ. P. Rule 56.

Here, the defendants has defaulted per court ordered of February 17, 2026 and has failed to come to terms and conditions stipulated in settlement demand of Plaintiff on May 18, 2026, on the agreed amount of $5,000,000.00 dollars for the damages caused to Plaintiff by defendants excessive use of force, in violation of his constitutional right under the Fourth Amendment. Plaintiff will not assume without notice from defendants that their silence is their acquiesce. Although silence is acquiesce. Lanigan v. Village of Hazel Crest, 110 F.3d 467(7th Cir. 1997): Palmquist v. Selvik, 111 F.3d 1332 (7th Cir. 1997): Phillips v. Cmty. Ins., 678 F.3d 513(7th Cir. 2012). Unless the court concludes that the defendants has accepted the offer by their

3.

silence. Such meeting of the minds are acceptable by law. Fiederlein v. Boutselis, 952 N.E. 2d 847,856(INd. Ct. App. 2011): see also Jetz Service Co. v. Ventures, 165 N.E. 3d 990, 995(Ind. Ct. App. 2021).

However, if the court finds defendants in default or failure to agree or disagree within the alotted time required by the court to the Plaintiff's settlement demand of $5,000,000.00 dollars agreed upon, then this court should grant Plaintiff summary judgment against the defendants in the sum of (1) $10,000,000.00 dollars from each defendant for compensatory damages (2) $7,000,000.00 dollars from each defendant for punitive damages and (3) $5,000,000.00 dollars from each defendant for general and future damages for the injuries caused by their excessive use of force against Plaintiff.

The defendants does not deny or dispute the damages and injuries incurred by their actions. And thereby considers Plaintiff's claims true and factual without opposition. Fed. R. Civ. P. Rule 56(e)(2). Therefore, summary judgment should be granted on the merits. Dale W. Economan, et al. v. Tonda Cockrell, et al., 2024 U.S. Dist.Lexis 177073(N.D. Ind. 2024).

## CONCLUSION

Wherefore, as stated above, Plaintiff moves this Hon. district court to grant him summary judgment on the merits against defendants herein this civil action in Plaintiff favor.

Respectfully,

Michael Deshawn Barnes

#58308-510

United States Penitentiary Coleman I

P.O. Box 1033

Coleman, Florida 33521

## CERTIFICATE OF SERVICE

I, Michael D. Barnes #58308-510, do certify and verify under the penalty of perjury that the foregoing true and correct copy was mailed on this 21st day of May 2026 to the following parties:

For Defendants:

Office of Corparation Counsel

Mathews M. Rayman(32120-49)

Deputy Chief Litigation Counsel

200 E. Washington Street, Suite 1601

Indianapolis, IN 46204

Respectfully,

*Michael D. Barnes*

Michael D. Barnes

#58308-510

United States Penitentiary Coleman I

P.O. Box 1033

Coleman, Florida 33521

5.

828-JRS-TAB   Document 43   137   Filed 06/15/26   Page

Michael D Barnes #58308-510
U.S.P Coleman I
U.S Penitentiary
P.O Box 1033
Coleman, FL 33521

**FILED**

JUN 15 2026

U.S. DISTRICT COURT
INDIANAPOLIS INDIANA

TAMPA FL 335
SAINT PETERSBURG FL
12 JUN 2026 PM 7 L

ATTN! Clerk of the Courts
105 Birch Bayh Federal Building
96 East Ohio St
Indianapolis, IN 46201

46204-199999