**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MICHAEL DESHAUN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>DAVID YOHE, et al.,<br><br>Defendants. | Case No. 1:24-cv-1828-JRS-TAB |

**<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Defendants, Officer David Yohe and Officer Donovan Hankins (collectively, "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 56 and LR 56-1, respectfully move the Court for Summary Judgment in their favor and against Plaintiff. In support of this Motion, Defendants simultaneously file their Designation of Evidence and Brief in Support of Summary Judgment, which are incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court grant summary judgment in their favor, and dismiss all claims against them.

FBT GIBBONS LLP

By: */s/ Anthony W. Overholt*
Anthony W. Overholt, #16481-49
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3800
Facsimile: (317) 237-3900
Email: aoverholt@fbtgibbons.com

*Attorneys for Defendants David Yohe and Donovan Hankins*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was electronically filed on September 17, 2026. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also made on Pro Se Plaintiff via first-class mail.

Michael Deshaun Barnes #58308-510
58308-510 B-Unit
Federal Correctional Complex -1
P.O. Box 1033
Coleman, FL 33521-1033

*/s/ Anthony W. Overholt*

LR02314.0754710 4919-3151-2271v1